DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HAROLD MILLER**,
Appellant,

v.

**LINNETTE MILLER**,
Appellee.

No. 4D18-2718

[April 3, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Dale C. Cohen, Judge; L.T. Case No. FMCE-15-005727.

Harold Miller, Edgewater, pro se.

Craig J. Trocino of Michael A. Gottlieb, PA, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed. See* Fla. R. App. P. 9.315(a).

TAYLOR, MAY and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***